**Electronically Filed
Supreme Court
SCWC-30233
02-JUL-2014
10:49 AM**

SCWC-30233

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREGORY ALLEN SLINGLUFF,
Respondent/Plaintiff-Appellee,

vs.

STATE OF HAWAI'I; STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY;
HALAWA CORRECTIONAL FACILITY; DR. PATEL; NURSE MIKE;
NURSE BARBARA; DR. ABBRUZZESE; and DR. SISAR PADERES,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30233; CIV. NO. 06-1-1654)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants' Application for Writ

of Certiorari, filed on May 23, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 2, 2014.

Caron M. Inagaki                /s/ Mark E. Recktenwald
and Kendall J. Moser
for petitioners                 /s/ Paula A. Nakayama

Francis L. Jung                 /s/ Sabrina S. McKenna
and Carol M. Jung and
Richard Turbin and              /s/ Richard W. Pollack
Janice Heidt for
respondent                      /s/ Michael D. Wilson

